■ The People of the State of New York, Appellant, v Joyce Akhtar, Respondent. [699 NYS2d 870] —Appeal by the People from so much of an order of the Supreme Court, Queens County (Dunlop, J.), dated December 9, 1998, as granted that branch of the defendant's omnibus motion which was to dismiss the first and second counts of the indictment.

Ordered that the order is affirmed insofar as appealed from.

Under the facts of this case, the Supreme Court properly dismissed the first and second counts of the indictment. S. Miller, J. P., Altman, Schmidt and Smith, JJ., concur.

■ The People of the State of New York, Respondent, v Augusto Arias, Appellant. [699 NYS2d 309] —Appeal by defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered September 16, 1998, convicting him of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

During jury selection, the defense counsel argued that the prosecutor exercised peremptory challenges to exclude three prospective jurors on the basis of their race in violation *of Batson v Kentucky* (476 US 79). The prosecutor provided race-neutral explanations which the defense counsel contended were pretextual. We agree with the Supreme Court that the reasons given were not pretextual. S. Miller, J. P., O'Brien, McGinity and Feuerstein, JJ., concur.